# United States Court of Appeals
### For The District of Columbia Circuit

_____

No. 13-1277　　　　　　　　　　　　　　　　September Term, 2013

FERC-144FR61218

Filed On: January 24, 2014 [1476691]

New Energy Capital Partners, LLC,

　　　　Petitioner

　v.

Federal Energy Regulatory Commission,

　　　　Respondent

## O R D E R

Upon consideration of petitioner's motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

Petitioner is directed to file status reports at 90-day intervals beginning April 24, 2014.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the agency proceedings on the petition to reopen.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
Mark A. Butler
Deputy Clerk